382 A.2d 983

**COMMONWEALTH of Pennsylvania**

v.

**Harry J. REEVES, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 17, 1977.

Decided Jan. 31, 1978.

Miller, Kistler, Campbell, Mitinger & Beik, John R. Miller, Jr., State College, for appellant.

Charles C. Brown, Jr., Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

## ORDER OF COURT

PER CURIAM:

The appeal is dismissed as having been improvidently granted.